DAVID A. ROSENBERG
Nevada Bar No.: 10738
US BANKRUPTCY TRUSTEE
5030 Paradise Road., #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In Re:<br>**GAZSO, DENNIS A**<br>**LEFEVER, SHELLE K**<br><br>**Debtor(s)** | **Case No.: BK-S-12-12224 LBR**<br>**Chapter 7**<br><br>**Hearing Date : N/A**<br>**Hearing Time: N/A** |
|---|---|

# TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale following the *Trustee's Motion To Sell Assets Of The Estate Free And Clear Of Liens And Encumbrances And To Surcharge Proceeds Of Sale – Real Property [2513 Sierra Sage Street, Las Vegas, NV 89134],* which was granted by Court Order entered October 3, 2013 [Dkt. No. 51].

Attached as Exhibit 1 is the Final Seller's Closing Statement.

| | |
|---|---:|
| SALES PRICE | $130,000.00 |
| CLOSING COSTS | -$10,775.36 |
| § 506(c) CARVE-OUT | -$6,500.00 |
| SALE PROCEEDS | $112,724.64 |

The Trustee declares the foregoing is true and correct under penalty of perjury.

**DATED** this Tuesday, October 22, 2013.

                                        Respectfully Submitted:
                                        By:   /s/ *David A. Rosenberg*
                                        David A. Rosenberg
                                        Panel Bankruptcy Trustee

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

File 01415-7818                                                                                   10/18/2013 11:28 AM

# Final Combined Statement

**Stewart Title Company, Stewart Title Company**
376 E. Warm Springs Road, Suite 190, Las Vegas, NV 89119, (702) 697-3700

| | |
|---|---|
| Seller(s) | David A. Rosenberg, BK TTEE for the Estate of Dennis A. Gazso and Shelle K. LeFever, debtors, Case # 12-12224-lbr, 5030 Paradise #B215, Las Vegas, NV 89119 |
| Buyer(s) | Yield & Profit Lien Fund I, LLC, 895 Dove Street, Suite 300, Newport Beach, CA 92660 |
| Lender(s) | Lender |
| Property | 2513 Sierra Sage Street Las Vegas, Nevada 89134 |
| | 137-14-810-068 |

| Closing Date | 10/17/2013 | Disbursement Date | 10/18/2013 | Proration Date | 10/17/2013 |

| Buyer Debit | Buyer Credit | Description | Seller Debit | Seller Credit |
|---|---|---|---|---|
| | | **Sales/Price** | | |
| $130,000.00 | | Contract sales price | | $130,000.00 |
| | | **Additional Credits** | | |
| | $139,950.00 | Deposit to Close from Yield & Profit Lien Fund I, LLC | | |
| | $1,114.65 | Add. Deposit to Close from Yield & Profit Lien Fund I, LLC | | |
| | | **Prorations** | | |
| $237.29 | | County taxes 10/17/2013 to 1/1/2014 | | $237.29 |
| $48.01 | | Sewer 10/17/2013 to 1/1/2014 | | $48.01 |
| $48.53 | | HOA Dues 10/17/2013 to 11/1/2014 | | $48.53 |
| $56.71 | | HOA dues / Faiss Drive HOA 10/17/2013 to 11/1/2013 | | $56.71 |
| | | **Commissions** | | |
| | | $3,900.00 to Platinum Real Estate Professionals | $3,900.00 | |
| | | $2,600.00 to Realty One Group, Inc | $2,600.00 | |
| | | Transaction Fee to Platinum Real Estate Professionals | $599.00 | |
| $575.00 | | Transaction fee to Realty One Group, Inc | | |
| | | **Title Charges** | | |
| $350.00 | | Settlement or closing fee to Stewart Title Company | $350.00 | |
| | | Owner's title insurance to Stewart Title Company | $775.00 | |
| | | Owner's title policy limit $130,000.00 | | |
| $50.00 | | Title Work Charge to Stewart Title Company | $50.00 | |
| | | Document fee to Stewart Title Company | $200.00 | |
| | | **Recording Fees/Transfer Charges** | | |
| $48.00 | | Deed $48.00 Mortgage Releases Other $44.00 to Stewart Title Company | $44.00 | |
| | | **Additional Charges** | | |
| | | Real property taxes 2nd qtr 2013-14 to Clark County Treasurer  POCS $288.60 | | |
| $1,284.00 | | HOA dues / Sun City Summerlin - exp. 11/15 to Silver State Trustee Services, LLC | $711.28 | |
| $150.00 | | HOA transfer fee to Silver State Trustee Services, LLC | | |
| | | Home warranty/WAIVED | | |
| | | Trash billed thru HOA | | |
| | | Sewer - exp. 12/31 to City of Las Vegas Sewer Services | $113.62 | |
| | | Reimbursement to Bob Diamond | $1,098.00 | |
| $6,500.00 | | BK Release fee to BK TTEE | | |
| $230.00 | | Adv HOA dues - Nov-Dec 2013 to Faiss Drive HOA | | |
| | | HOA dues / Faiss Drive HOA - exp. 10/29 to Faiss Drive HOA | $725.00 | |
| $225.00 | | HOA transfer fee / Faiss Drive HOA to Masters Association Management, LLC | | |
| $1,249.00 | | New Owner Reserve Assessment to Silver State Trustee Services, LLC | | |
| **$141,051.54** | **$141,064.65** | **Subtotals** | **$11,165.90** | **$130,390.54** |
| $13.11 | | Balance due to Buyer | | |
| | | Balance due to Seller | $119,224.64 | |
| **$141,064.65** | **$141,064.65** | **Totals** | **$130,390.54** | **$130,390.54** |

YIELD & PROFIT LIEN FUND I, LLC

_____
David Zussman
Manager

DAVID A. ROSENBERG, BK TTEE FOR THE
ESTATE OF DENNIS A. GAZSO AND SHELLE K. LEFEVER,
DEBTORS, CASE # 12-12224-LBR

_____
David A. Rosenberg
BK TTEE

Page 1